UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY BOIT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY O'KEEFE and NORMA O'KEEFE,<br><br>　　　　　　　Defendants. | NO:  11-CV-0323-TOR<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

BEFORE THE COURT is the parties' Stipulation for Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii).  ECF No. 25.  The parties stipulated and agreed that the above-referenced case may be dismissed without prejudice and without costs to either party.  This stipulation was entered upon an understanding that the matter had been re-filed in Spokane County Superior Court.

//

//

//

ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)~ 1

1 **ACCORDINGLY, IT IS HEREBY ORDERED**:

2 Pursuant to the parties' stipulation, all claims and causes of action in this

3 matter are **DISMISSED** without prejudice and without costs or fees to any party.

4 The District Court Executive is hereby directed to enter this Order, furnish

5 copies to counsel, and **CLOSE** the file.

6 **DATED** this 9th day of November, 2012.

7 *s/ Thomas O. Rice*

8 THOMAS O. RICE
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)~ 2